determines that a conflict exists. Sua sponte, cause held for decision in 2016–1652, *State v. Brown*, and briefing schedule stayed.

O'NEILL and DEWINE, JJ., dissent.

**2017–0674.   State v. McCain.**

Montgomery App. No. 26755. On appellant's motion for leave to file delayed appeal. Motion denied.

**2017–0675.   State v. Edmonds.**

Cuyahoga App. No. 104528, 2017-Ohio-745. On appellant's motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2017–0679.   State v. Merriweather.**

Butler App. No. CA2016–04–077, 2017-Ohio-421. On appellant's motion for leave to file delayed appeal. Motion denied.

O'NEILL and DEWINE, JJ., dissent.

**2017–0687.   State v. Madison.**

Franklin App. No. 15AP–994, 2016-Ohio-7127. On appellant's motion for leave to file delayed appeal. Motion denied.

**2017–0693.   Elliott–Thomas v. Smith.**

Trumbull App. No. 2015–T–0007, 2017-Ohio-702. On review of an order certifying a conflict. The court determines that a conflict exists. The parties are ordered to brief the issue stated at page 5 of the court of appeals' entry filed May 4, 2017: "Does the tort of intentional interference with or destruction of evidence include claims alleging interference with or concealment of evidence that disrupt a plaintiff's underlying case? Or, is the tort of intentional interference with or destruction of evidence limited to claims that allege evidence is physically altered or destroyed?"

The conflict cases are *O'Brien v. Olmsted Falls*, 8th Dist. Cuyahoga Nos. 89966 and 90336, 2008-Ohio-2658, *Allstate Ins. Co. v. QED Consultants*, 5th Dist. Knox No. 09CA14, 2009-Ohio-4896, and *McGuire v. Draper, Hollenbaugh & Briscoe Co., L.P.A.*, 4th Dist. Highland No. 01CA21, 2002-Ohio-6170.

The clerk shall issue an order for the transmittal of the record from the court of appeals for Trumbull County.

O'DONNELL and KENNEDY, JJ., dissent.

**2017–0696.   Portage Cty. Bd. of Dev. Disabilities v. Portage Cty. Educators' Assn. for Dev. Disabilities.**

Portage App. No. 2016–P–0032, 2017-Ohio-888. On review of an order certifying a conflict. The court determines that a conflict exists. The parties are ordered to brief the issue stated at page 4 of the court of appeals' entry filed May 1, 2017: "What standard of review governs appellate review of a decision by the court of common pleas confirming, modifying, vacating, or correcting an arbitration award?"

The conflict cases are *Cleveland State Univ. v. Fraternal Order of Police, Ohio Labor Council, Inc.*, 8th Dist. Cuyahoga No. 99868, 2014-Ohio-304, and *In re Hamilton v. Intl. Union of Operating Engineers, Local 20*, 12th Dist. Butler No. CA2016–03–054, 2016-Ohio-5565.

The clerk shall issue an order for the transmittal of the record from the court of appeals for Portage County.

O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2017–0698.   State v. Johnson.**

Hamilton App. No. C–160242, 2017-Ohio-1148. On appellant's motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

FISCHER, J., not participating.

**2017–0724.   State v. Johnson.**

Stark App. No. 2016CA00069, 2016-Ohio-8261. On appellant's motion for leave to file delayed appeal.